343 F.2d 473
 Norman MOORE, individually and on behalf of all other persons similarly situated, Appellants,
v.
Jesse M. CALHOON, as President, or Herbert W. Peters, as Secretary-Treasurer, or Arthur Grundmeyer, as Branch Agent of New Orleans District 1 of the National Marine Engineer's Beneficial Association, Appellees.
 No. 21833.
 United States Court of Appeals Fifth Circuit.
 March 31, 1965.
 
 Joseph J. Laura, Jr., Laura, Danna & Simmons, New Orleans, La., for appellants.
 Thomas J. Meunier, New Orleans, La., Lee Pressman, David Scribner, Pressman & Scribner, New York City, for defendants-appellees, Joan Stern Kiok, of counsel.
 Before WOODBURY,* WISDOM and BELL, Circuit Judges.
 PER CURIAM:
 
 
 1
 It appearing without dispute that defendants in the court below followed the statute, 29 U.S.C.A. § 411(a) (3) (A) (ii), and complied with the union's national constitution on the dues increase question, the entry of summary judgment was correct.
 
 
 2
 Affirmed.
 
 
 
 Notes:
 
 
 *
 Of the First Circuit, sitting by designation